NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DARIN A. JONES,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

AND

**DEPARTMENT OF JUSTICE,**
*Intervenor.*

———————————

2014-3050

———————————

Petition for review of the Merit Systems Protection Board in No. DC-3151-12-0847-I-1.

———————————

**ON MOTION**

———————————

PER CURIAM.

**O R D E R**

Darin A. Jones moves to recuse agency counsel.

Upon consideration thereof,

2                                                          JONES v. MSPB


IT IS ORDERED THAT:

The motion is denied.

                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court


s26